RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____
               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RODNEY ARNOLD LONG,** | * CIVIL ACTION NO. 2:13-cv-2523 |
| **Plaintiff,** | * |
| v. | * JUDGE MINALDI |
| **C. MAIORANA,** | * |
| **Defendant.** | * MAGISTRATE JUDGE KAY |

*****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's writ for *habeas corpus* [Doc. 1], as amended by his addendum to the writ of *habeas corpus* [Doc. 4], be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 20 day of October_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE